# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      *Plaintiff*,<br><br>v.<br><br>CARGILL MEAT SOLUTIONS CORP., *et al.*,<br><br>                      *Defendants*. | Civil Action No.: 1:22-cv-01821 |

## [PROPOSED] ORDER

WHEREAS plaintiff United States filed an unopposed motion with the Court on May 25, 2023 to approve the United States' appointment of Dylan Carson as Lead Monitor and William Berlin as Deputy Monitor pursuant to Section VI of the proposed Final Judgment, and in consideration of the motion and the supporting materials,

IT IS HEREBY ORDERED THAT:

1. The United States' appointment of Dylan Carson as Lead Monitor and William Berlin as Deputy Monitor, pursuant to Section VI of the proposed Final Judgment, is approved.

2. The Lead Monitor and Deputy Monitor shall have the power and authority to monitor Defendants' compliance with the terms of the proposed Final Judgment and federal antitrust laws, as set forth in Paragraph VI.B of the proposed Final Judgment.

Entered: June 8, 2023

                                                              /s/
                                           Hon. Stephanie A. Gallagher
                                           United States District Judge