IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES | * |
| Plaintiff, | * |
| v. | *  Civil Case No.: SAG-22-1821 |
| CARGILL MEAT SOLUTIONS, *et al.* | * |
| Defendants. | * |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 30th day of April, 2025, ORDERED that:

1. Agri Stats's motions to intervene, ECF 101, 113, are GRANTED;

2. The Clerk shall file its briefs in opposition, ECF 101-2, 113-2 on the docket;

3. The government shall file its response to Agri Stats's briefs no later than May 14, 2025.

/s/
Stephanie A. Gallagher
United States District Judge