## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           *Plaintiff*,<br><br>  v.<br><br>CARGILL MEAT SOLUTIONS<br>CORPORATION, *et al.*,<br><br>                       *Defendants*. | Civil Action No.: 22-cv-1821 |

### ORDER

The Court has considered the Joint Stipulation Regarding Joint Motion to Seal ("Joint Stipulation") submitted by the United States and George's Inc. and George's Foods, LLC ("George's"). On February 19, 2025, the United States and George's jointly filed a Motion to Seal and for Continued Provisional Sealing. ECF No. 114. The Court granted that motion on February 20, 2025. ECF No. 117. Having considered the motion, any associated briefing, and the record as a whole, the Court finds as follows:

**<u>Unredacted Exhibits the Parties Seek to Seal (ECF Nos. 108-3; 115-9)</u>**

Whereas, one or more of the parties had previously moved to provisionally seal the exhibits discussed above and now have proposed reasons supported by specific factual representations to justify the requested sealing, in accordance with Local Rule ("LR") 105.11;

Whereas, the parties have specifically identified the portions of the exhibits to be sealed, and have filed or will file any documents that could be redacted, in redacted form on the public docket;

1

Whereas, the Court did not rule on the Motion to Seal for at least fourteen (14) days after it was entered on the public docket to permit the filing of objections by interested parties;

Whereas, the Court has considered any response to the motion, and objections by interested parties, pursuant to LR 105.11;

Whereas, the parties have stated in the Joint Stipulation, why alternatives to sealing would not provide sufficient protection;

Whereas, the Court finds and holds that alternatives to sealing would not provide sufficient protection, and that sealing of the unredacted Exhibits is appropriate.

### Exhibits Which Intervenor Agri Stats Maintains are Confidential (ECF Nos. 108-9, 108-10, 108-11)

Whereas, at least one of the parties had previously moved to provisionally seal the exhibits filed as ECF Nos. 108-9; 108-10, 108-11; and

Whereas, intervenor Agri Stats maintains that these documents are confidential.

Accordingly, it is hereby, **ORDERED**:

1. Counsel are directed to re-file the public and redacted documents that were previously filed under seal, linking them to the original ECF number.

2. The unredacted exhibits filed at ECF Nos. 108-3 and 115-9 shall remain under seal. Within five (5) days of the entry of this Order, the parties shall file redacted versions of these exhibits by linking them to the original. Each party is responsible for ensuring the exhibits attached to their briefing are properly filed.

3. The **Exhibits** filed as ECF Nos. 108-9, 108-10, and 108-11 shall remain entirely under seal.

4. That sealed materials shall be treated consistent with LR 113.3: within thirty (30) days of the final termination of an action, counsel may request the return of any sealed materials other than

2

trial and hearing exhibits or request that the materials be unsealed in whole or in part; if no such request is made, the Court may direct the return, destruction, or other **DISPOSITION** of the materials.

IT IS SO ORDERED:

Dated: __May 22, 2025__                              _____/s/_____
                                                    Hon. Stephanie A. Gallagher
                                                    United States District Judge

4