**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812
MDD_SAGchambers@mdd.uscourts.gov

September 18, 2025

Re:  United States of America v. Cargill Meat Solutions Corporation, *et al.*
Civil Case No. SAG-22-01821

Dear Counsel:

In its motions to enforce the Judgments, the government alleged that Defendants Wayne-Sanderson and George's continue to receive, in Agri Stats reports, per unit labor cost data and units of output per manhour data. ECF 87 at 19; ECF 109 at 15. The government complains that Defendants can multiply those numbers to reach the labor cost per hour data, or "wage rate" data, that is presently redacted from the reports that Defendants receive from Agri Stats.

In response, Agri Stats represented that the settlement agreement it signed in *Jien v. Perdue Farms, Inc.*, 1:19-cv-02521-SAG (D. Md.), in November, 2024, would have resolved this issue by requiring Agri Stats to make certain modifications to its reports, including separating the per unit labor cost data and the units of output per manhour data to prevent that type of calculation. ECF 134 at 18; ECF 135 at 6–7. However, Agri Stats rescinded that settlement agreement in December, 2024.

The parties in *Jien* have since notified the Court that they have reached a new settlement in principle. It would assist this Court in resolving the motions pending in this case to receive updated information regarding whether the anticipated *Jien* settlement agreement also includes those same modifications with respect to those categories of data. Please confer and advise the Court on or before **September 24, 2025.**

Sincerely yours,

/s/
Stephanie A. Gallagher
United States District Judge