

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T +1 202 637 5600
F +1 202 637 5910
www.hoganlovells.com

September 24, 2025

Hon. Stephanie Gallagher
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *United States v. Cargill Meat Solutions Corp., et al.*, 1:22-cv-01821-SAG (D. Md.)

Dear Judge Gallagher,

I write in response to your September 18, 2025, letter regarding the anticipated settlement in the *Jien v. Perdue Farms, Inc.* matter. ECF 158. The anticipated settlement includes all of the modifications to Agri Stats' benchmarking reports contained in the original settlement, including with respect to the categories of data discussed in your letter. The only difference between the report modifications in the initial and anticipated settlements is that Agri Stats has agreed to delete several *additional* data fields in the anticipated settlement.

Agri Stats understood that the Court's letter requested clarification on the above point, which the United States did not dispute during the parties' conferral yesterday. The additional advocacy submitted by the United States, ECF 163, is inaccurate and inappropriate. Should the Court have further questions, we would be happy to address them.

Sincerely,

/s/ Justin Bernick

Justin Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5485
justin.bernick@hoganlovells.com