IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | \* |
| **Plaintiff,** | \* |
| v. | \*   Civil Case No.: SAG-22-1821 |
| **CARGILL MEAT SOLUTIONS CORP.,** *et al.* | \* |
| **Defendants.** | \* |

## **ORDER**

With consent from counsel, the Clerk is directed to TERMINATE the following motions, subject to reopening it settlement is not effected:

1. The United States' Motion to Enforce the Final Judgment against Wayne-Sanderson Farms, ECF 86;

2. Wayne-Sanderson's Motion for Clarification of the Modified Final Judgment, ECF 89;

3. The United States's Motion to Enforce the Final Judgment Against George's, ECF 108;

September 26, 2025

/s/
Stephanie A. Gallagher
United States District Judge